# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR418-169 |
| | ) | |
| KEEO MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Trial having been set to begin in this matter on April 2, 2019, the Court will impose a shortened briefing schedule on the Government's motion *in limine* to exclude defendant from offering any evidence concerning his justification for possessing a firearm. Doc. 35. Defendant's opposition, if any, shall be filed by no later than 5:00 p.m. on March 27, 2019, and the Government's reply, if any, shall be filed by no later than 12:00 p.m. on March 29, 2019.

**SO ORDERED,** this 22nd day of March, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA