# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR418-169 |
| | ) | |
| KEEO MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Before the Court is the Government's Motion for Reciprocal Discovery, doc. 23, to which there has been no response. Because there has been no opposition, the motion is **GRANTED**. *See* S.D. L.R. 7.5 ("Failure to respond within the applicable time period shall indicate that there is no opposition to a motion."); S.D. L.R. Crim. 1.1 ("These Local Rules for the Administration of Criminal cases are supplemental to the Local Rules for Civil Cases and the Administration of the Court."). Defendant shall comply with his obligations under Federal Rule of Criminal Procedure 16(b), 12.1, 12.2, 12.3, and 26.2. Any disclosures which have not yet been made by defendant should be provided no later than noon on Saturday, March 30, 2019.

Also before the Court is the Government's Motion *in limine* to exclude defendant from offering any evidence concerning his justification for possessing a firearm. Doc. 35. Defendant has indicated that, after review of discovery, he is unaware of any circumstances that would satisfy the test for the invocation of the defense of justification. Doc. 44. As a result, the Government's motion is **GRANTED**.

**SO ORDERED,** this 28th day of March, 2019.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA