# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR418-169 |
| | ) | |
| KEEO MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Keeo Miller was convicted of a single count of possession of a firearm by a prohibited person, in violation of 18 U.S.C. 922(g)(1). *See* doc. 1 (Indictment); doc. 73 (Jury Verdict). His appointed counsel moved for a judgment of acquittal or, alternatively, for a new trial. Doc. 66. The District Judge denied that motion. Doc. 75. No sentencing hearing has been scheduled. Miller has filed a document captioned "Waiver of Counsel," which the Court construed as a motion to proceed *pro se*. Doc. 76. The Court held a hearing on his motion on June 17, 2019.

"Encompassed within the Sixth Amendment's guarantee of a right to the assistance of counsel is a criminal defendant's right to represent himself if he so chooses." *United States v. Dantes*, 750 F. App'x 800, 808 (11th Cir. 2018) (citing, *inter alia.*, *Faretta v. California*, 422 U.S. 806, 818-

19 (1975)). The Eleventh Circuit has advised that "[t]he 'ideal method' of ensuring a knowing and voluntary waiver is with a . . . *Faretta* hearing, at which the defendant is informed of the charges, basic . . . procedures, and the hazards of self-representation." *Id.* at 809 (citing *United States v. Stanley*, 739 F. 3d 633, 645 (11th Cir. 2014)).

At the June 17th hearing, Miller confirmed his desire to proceed *pro se*. The Court also discussed the charge of which he was convicted, and the potential sentence, confirmed his competency, informed him of the procedures for a sentencing hearing, imposed by Federal Rule of Criminal Procedure 32 and the United States Sentencing Guidelines, and advised him of the perils of self-representation. After acknowledging that information and the risks, including the possibility of unanticipated risks, Miller reaffirmed his unequivocal desire to represent himself for the remainder of these proceedings. Accordingly, his motion to proceed *pro se* is **GRANTED**. Appointed counsel, Mr. William Joseph Turner, is **DIRECTED** to remain as Miller's stand-by counsel.

**SO ORDERED,** this 18th day of June, 2019.

_Christopher L. Ray_
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA