# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
## Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | 4:18cr169 |
| v. ) | |
| ) | |
| KEEO MILLER, ) | |
| ) | |
| Defendant/Appellant. ) | |

## ORDER

The appeal in the above-titled action having been dismissed, sua sponte, as duplicative by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**SO ORDERED** this 3 day of May, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA