# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |  |
|---|---|---|
| KEEO MILLER, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CR418-169 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, doc. 157, to which no objections have been filed.[1] The Court, therefore, **ADOPTS** the Magistrate Judge's Report and Recommendation. Doc. 157. The Government's Motion to Dismiss Miller's 28 U.S.C. § 2255 Motion is **GRANTED**, doc. 155, and his Motion is **DISMISSED**, doc. 150. The Clerk is **DIRECTED** to **CLOSE** civil action CV423-236 and enter the appropriate judgment of dismissal.

---

[1] The service copy of the Report and Recommendation was returned by the United States Post Office as undeliverable. Doc. 158. It, therefore, appears that Miller has failed to keep the Court apprised of his current address, as required by the Local Rules. *See* S.D. Ga. LR Civ. 11.1.

Further, a prisoner seeking relief under 28 U.S.C. § 2255 must obtain a certificate of appealability ("COA") before appealing the denial of his application for writ of habeas corpus. 28 U.S.C. § 2253(c)(1)(B). This Court "must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." Rule 11(a) to the Rules Governing Section 2255 Proceedings. This Court should grant a COA only if the prisoner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). For the reasons set forth in the Report and Recommendation, and in consideration of the standards enunciated in *Slack v. McDaniel*, 529 U.S. 473, 482-84 (2000), movant has failed to make the requisite showing. Accordingly, a COA is **DENIED** in this case.[2] Moreover, because there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good

---

[2] "If the court denies a certificate, [a party] may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22." Rule 11(a) to the Rules Governing Section 2255 Proceedings.

faith. Accordingly, movant is not entitled to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3).

**SO ORDERED** this __10__ day of September, 2025.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA